UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANGELICA MORRIS                                          CIVIL ACTION

VERSUS                                                   NO. 08-4105

MICHAEL J. ASTRUE, COMMISSIONER                          SECTION "S" (2)
OF SOCIAL SECURITY ADMINISTRATION

# ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __1st__ day of ____February____, 2010.

_____
UNITED STATES DISTRICT JUDGE